IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv344-C

KIM A. WEBB,                         )
            Plaintiff,               )
                                     )
        v.                           )            ORDER
                                     )
HEALTH SPECIAL RISK, INC.,           )
        Defendant.                   )
_____    )

**THIS MATTER** is before the Court on the plaintiff's Motion to Dismiss with Prejudice,

filed September 12, 2007.  (Doc. No. 3).  The defendant has not objected to the motion.

**THEREFORE, IT IS HEREBY ORDERED**  that the plaintiff's motion is **GRANTED**,

and this matter is **DISMISSED** with prejudice.

Signed: October 30, 2007

Robert J. Conrad, Jr.
Chief United States District Judge